UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
____Central____ DIVISION

Kenneth Jay Still,  )
_____  )
Plaintiff,  )
 )
 )  Case No. 4:09-cv-00402-CRW-CFB
v.  )
 )
Commissioner of Social Security  )  Cause 1 421205
Administration,  )
 )
Defendant.  )

COMPLAINT FOR JUDICIAL REVIEW OF DECISION OF THE
COMMISSIONER OF SOCIAL SECURITY

I. Plaintiff, Kenneth Jay Still, resides at 1228 S. Main
   _____, Council Bluffs, Pottawatamie
   street address              city    Cell    county
   Iowa, 51503, 402 348-9588.
   state   zip code   telephone number

II. The last four digits of plaintiff's social security number are 1 7 1 0.

III. This is an action for judicial review of the final decision of the Commissioner of Social Security denying plaintiff disability insurance and/or supplemental security income (SSI) benefits (circle one or both).

IV. Plaintiff has exhausted all of his or her administrative remedies, and the Court has jurisdiction to review this matter pursuant to 42 U.S.C. §§ 1383(c)(3) and/or 405(g).

V. This action is timely filed as it is filed within 60 days of the date on which plaintiff received notice from the Appeals Council. That letter is dated Aug 4 - 2009

VI. The final decision of the Commissioner was not based on substantial evidence on the record because: Commissioners findings and medical examiners Report Lacked the complete medical history and complete severity of impairment.

_SEE BRIEF, Denial of Appeal process was unreasonable when facts show Still's appeal was within 60 days of Notice._

(State plainly why plaintiff is entitled to relief. Attach additional pages in necessary).

VII. The final decision of the Commissioner should be _reversed with order to pay benefits_.

(Indicate whether you believe the final decision should be reversed outright with directions to pay benefits, or reversed and remanded for further proceedings).

VIII. Venue is proper in this District because the plaintiff resides within this District.

WHEREFORE, plaintiff seeks judicial review by this Court and entry of judgment for such relief as may be proper, including costs and attorney fees, if applicable.

_Kenneth J Still_
Signature of attorney or pro se Plaintiff

11-24-09
Date

1228 S. Main
Council Bluffs, IA 51503
Address

402 348-9588
Telephone

Proof of Service

I certify I placed in U.S. Mail, (registered) postage pre paid To:

Two copies of Complaint.

United States
Attorney General
Washington, DC

U.S. Attorney
U.S. Courthouse
P.O. Box 9344
Des Moines, IA 50306

Social Security Admin.
20 Arena Way, Ste 1
Council Bluffs, IA 51501